UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| THOMAS C. LINER,<br>　　　　Plaintiff, | CASE NO. 3:17-cv-00413-GNS-CHL<br>**ELECTRONICALLY FILED** |
| vs. | Judge Greg N. Stivers<br>Magistrate Judge Colin H. Lindsay |
| TRANS UNION, LLC;<br>　　　　Defendant. | |

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF
AND TRANS UNION, LLC ONLY**

Plaintiff, Thomas C. Liner, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action. Plaintiff and Trans Union will file a Stipulation And [Proposed] Order Of Dismissal With Prejudice shortly, once the settlement is consummated.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: September 22, 2017　　　　　　　*s/ David W. Hemminger* (with consent)
　　　　　　　　　　　　　　　　　　　　David W. Hemminger, Esq.
　　　　　　　　　　　　　　　　　　　　Hemminger Law Office, PSC
　　　　　　　　　　　　　　　　　　　　616 S. Fifth Street
　　　　　　　　　　　　　　　　　　　　Louisville, KY 40202
　　　　　　　　　　　　　　　　　　　　Telephone: 502-443-1060
　　　　　　　　　　　　　　　　　　　　Email: hemmingerlawoffice@gmail.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff, Thomas C. Liner*

Date: <u>September 22, 2017</u>                              <u>*s/ Christopher A. Ferguson*</u>
William R. Brown, Esq. (IN #26782-48)
Christopher A. Ferguson, Esq. (IN #27833-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
              cferguson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **22nd day of September, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| David W. Hemminger, Esq. hemmingerlawoffice@gmail.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **22nd day of September, 2017**, properly addressed as follows:

| None. | |
|---|---|

     *s/ Christopher A. Ferguson*
William R. Brown, Esq. (IN #26782-48)
Christopher A. Ferguson, Esq. (IN #27833-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
         cferguson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*