# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| THOMAS C. LINER,<br>       Plaintiff, | CASE NO. 3:17-cv-00413-GNS-CHL<br>**ELECTRONICALLY FILED** |
| vs. | Judge Greg N. Stivers<br>Magistrate Judge Colin H. Lindsay |
| TRANS UNION, LLC;<br>       Defendant. | |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT TRANS UNION, LLC

Plaintiff Thomas C. Liner, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Thomas C. Liner against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Thomas C. Liner and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

**Greg N. Stivers, Judge**
**United States District Court**

October 26, 2017